NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICARDO JOSE CALDERON LOPEZ,**

*Plaintiff-Appellant*

**v.**

**STARLIGHT ENTERTAINMENT ENTERPRISES, INC., SUNSET HOUSING SOLUTIONS, L.P.,**

*Defendants-Appellees*

---

2024-1989

---

Appeal from the United States District Court for the Central District of California in No. 2:13-cv-09025-ODW-AGR, Judge Otis D. Wright, II.

---

**ON MOTION**

---

PER CURIAM.

### O R D E R

Ricardo Jose Calderon Lopez moves for leave to proceed *in forma pauperis* and to "correct the record" and "correct [the] case title," ECF No. 3 at 3. The court dismisses this appeal for lack of jurisdiction.

2       CALDERON LOPEZ v. SUNSET HOUSING SOLUTIONS, L.P.

On April 25, 2014, the district court dismissed Mr. Calderon Lopez's complaint seeking relief based on alleged violations relating to a purported lease agreement. On June 11, 2024, Mr. Calderon Lopez filed a notice of appeal seeking review of the "04/25/2014" decision. ECF No. 1-2 at 1.

"[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement," *Bowles v. Russell*, 551 U.S. 205, 214 (2007), and, in order to be timely, a notice of appeal must generally be filed within 30 days after entry of final judgment, 28 U.S.C. § 2107; Fed. R. App. P. 4. Here, Mr. Calderon Lopez's notice of appeal, filed more than 10 years after the district court entered final judgment, is clearly untimely. For at least this reason, we and any other court of appeals lack jurisdiction.

Accordingly,

IT IS ORDERED THAT:

(1) The appeal is dismissed, and all pending motions are denied.

(2) Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 25, 2024
        Date